**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **Annette H. Ardis,** | ) | **Case No.: 3:25-cv-13304-SAL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Experian Information Solutions, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

COME NOW the Plaintiff, Annette H. Ardis, and the Defendant, Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby stipulate that the above-captioned civil action is due to be dismissed in its entirety with prejudice, each party to bear its own costs.

Respectfully submitted on this 21st day of April, 2026.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
**HAYS CAULEY, P.C.**
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
phc917@hayscauley.com
Attorney for Plaintiff

*/s/ Lyndey R.Z. Bryant*
Lyndey R. Z. Bryant, Fed ID No. 11506
**ADAMS AND REESE, LLP**
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-4958
lyndey.bryant@arlaw.com
Attorney for Defendant